UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
BRYAN VELAZQUEZ, on behalf of himself and all others similarly situated,

                            Plaintiff,

                            -v.-

BREY CORP.

                            Defendants.
---------------------------------------------------------------------x

Civil Action No: 1:22-cv-9219

## **NOTICE OF VOLUNTARY DISMISSAL**

    IT IS HEREBY AGREED TO by the Plaintiff and Plaintiff's attorney, and the Defendant that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action specifically with regard to Defendant shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that a dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated: March 21, 2023

                                                    Respectfully Submitted,

                                                    */s/Mark Rozenberg*
                                                    Mark Rozenberg, Esq.
                                                    **Stein Saks, PLLC**
                                                    One University Plaza
                                                   Hackensack, NJ 07601
                                                   mrozenberg@steinsakslegal.com
                                                   Tel. 201-282-6500
                                                   Fax 201-282-6501
                                                   *Attorneys for Plaintiff*

## Certificate of Service

       I hereby certify that on this date, I electronically filed this Notice of Voluntary Dismissal using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record. I also emailed this Notice to all parties who have not made an appearance in this case.

This 21st day of March, 2023                  Respectfully Submitted,

                                                      */s/ Mark Rozenberg*
                                                      Mark Rozenberg